AWL:md  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20461-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

MILDREY DE LA CARIDAD GONZALEZ, et al.,

    Defendants.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE: Financial Pursuit Inc.**

**TO:  ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that, on June 14, 2016, the United States of America filed an indictment in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to 18 U.S.C. §§ 982 and 981, the United States of America is seeking to forfeit the real property located at 701 Brickell Key Blvd., Unit 1604, Miami, Florida 33131-2674, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, which is more particularly described as:

> COURVOISIER COURTS CONDO, UNIT 1604 UNDIV 1230/344577; INT IN COMMON ELEMENTS; OFF REC 23322-0299; COC 24380-1590 03 2006 1; TOGETHER WITH all tenements, hereditaments and appurtenances thereto, belonging or in any wise appertaining.

The procedures set forth at 21 U.S.C. § 853 are made applicable to this action through 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c).   Title 21, United States Code, Section 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:   *s/Alison W. Lehr*
      Alison W. Lehr
      Assistant U.S. Attorney
      Fla. Bar No.   444537
      99 N.E. 4th Street
      Miami, Florida 33132-2111
      Tel. (305) 961-9176
      Fax (305) 536-7599
      Alison.Lehr@usdoj.gov

This instrument was
prepared by:

Alison W. Lehr
Assistant U.S. Attorney