AWL:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20461-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

MILDREY DE LA CARIDAD GONZALEZ, et al.,

    Defendants.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE: Financial Pursuit Inc.**

**TO:** ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that, on June 14, 2016, the United States of America filed an indictment in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to 18 U.S.C. §§ 982 and 981, the United States of America is seeking to forfeit the real property located at 4779 Collins Avenue, Unit 3704, Miami Beach, Florida, 33140-3251, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, which is more particularly described as:

> Blue Diamond Condo, Unit 3704 UNDIV 0.003082 INT IN COMMON ELEMENTS OFF REC 19083-2283 COC 25625-1367 05 2007 5; TOGETHER WITH all tenements, hereditaments and appurtenances thereto, belonging or in any wise appertaining.

The procedures set forth at 21 U.S.C. § 853 are made applicable to the action through 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c).   Title 21, United States Code, Section 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

                    Respectfully submitted,

                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY

By:    *s/Alison W. Lehr*
        Alison W. Lehr
        Assistant U.S. Attorney
        Fla. Bar No.   444537
        99 N.E. 4th Street
        Miami, Florida 33132-2111
        Tel. (305) 961-9176
        Fax (305) 536-7599
        Alison.Lehr@usdoj.gov

This instrument was
prepared by:

Alison W. Lehr
Assistant U.S. Attorney