UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-20461-MARTINEZ

UNITED STATES OF AMERICA

v.

MILDREY GONZALEZ
_____/

**STIPULATIONS RE NEBBIA AND OTHER CONDITIONS OF BOND**

DOJ Trial Attorney Rush Atkinson has authorized undersigned to represent the following:

1. The parties have reached a stipulation as to the bond's Nebbia requirement with the Government reserving the right to revisit the matter at a later time, if necessary.

2. The Government has no objection to giving the defendant until July 8, 2016 to post the $25,000 cash that represents 10% of the $250,000 bond.

3. The bond should reflect that co-signors are defendant's daughter (Milka Alfaro) and defendant's two sisters (Miriam Gonzalez and Mayda Gonzalez).

4. Defendant may be transported to her home by a defense investigator.

Respectfully submitted,

/s/ Howard Srebnick
HOWARD SREBNICK, Fla. Bar No. 919063
Email: HSrebnick@royblack.com

/s/ Marcos Beaton
MARCOS BEATON, Fla. Bar No. 573787
Email: MBeaton@royblack.com

BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, FL  33131
Telephone: (305) 371-6421