```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO.  16-20461-CR-JEM


    UNITED STATES OF AMERICA,

                 Plaintiff,

         vs.
                                              Miami, Florida
                                              June 22, 2016
    MILDREY de la CARIDAD GONZALEZ,      Pages 1-10
    and MILKA YARLIN ALFARO,

                 Defendants.
    _____

                  TRANSCRIPT OF INITIAL APPEARANCE
            BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
                   UNITED STATES MAGISTRATE JUDGE


    APPEARANCES:

    FOR THE PLAINTIFF:
                            United States Department of Justice
                            BY:  LAWRENCE RUSH ATKINSON, A.U.S.A.
                            1400 New York Avenue, NW
                            Washington, DC  20005


    FOR THE DEFENDANTS:
                            Black, Srebnick, Kornspan & Stumpf
                            BY:  HOWARD SREBNICK, ESQ.
                            BY:  MARCOS BEATON, ESQ.
                            201 South Biscayne Boulevard
                            Suite 1300
                            Miami, Florida 33131


    TRANSCRIBED BY:         DAWN M. SAVINO, RPR
                            Official Court Stenographer
                            400 N. Miami Avenue, 10S03
                            Miami, Florida  33128
                            Telephone:  305-523-5598


              PROCEEDINGS RECORDED BY DIGITAL AUDIO RECORDING
                     TRANSCRIPT PRODUCED BY COMPUTER
```

```
                 1                      P-R-O-C-E-E-D-I-N-G-S
11:41:46         2              COURTROOM DEPUTY:  The United States of America versus
11:41:53         3       Mildred Gonzalez, case number 16-20461-criminal-Martinez,
11:41:53         4       sealed.
11:41:55         5              MR. ATKINSON:  Good afternoon, Your Honor.  Rush
11:41:58         6       Atkinson on behalf of the United States.
11:42:00         7              The government, at this time, moves to unseal the
11:42:01         8       indictment.
11:42:04         9              THE COURT:  Okay, Mr. Atkinson.
11:42:07        10              MR. SREBNICK:  Your Honor, may we -- this is Howard
11:42:12        11       Srebnick and I represent the codefendant who is the daughter of
11:42:18        12       this defendant, who is in the box.  Can we call the two cases at
11:42:20        13       the same time?  The issues are similar.
11:42:23        14              THE COURT:  All right, Mr. Srebnick.  But these are
11:42:24        15       temporary appearances?
11:42:24        16              MR. SREBNICK:  Yes.
11:42:27        17              THE COURT:  All right.  I will allow you to go forward.
11:42:31        18       However, if this continues, we will need to have a Garcia
11:42:31        19       hearing.
11:42:34        20              MR. SREBNICK:  Actually my partner, Marcos Beaton is
11:42:35        21       here as well.
11:42:37        22              MR. BEATON:  Good afternoon, Your Honor.  Marcos Beaton
11:42:39        23       on behalf of Ms. Gonzalez.
11:42:56        24              MR. SREBNICK:  And we understand the issue.  If it's
11:43:00        25       going to proceed, we will address Garcia issues down the road.
```

```
11:43:03   1              THE COURT:  All right.  So let's see, you are for Ms.
11:43:13   2   Mildrey Gonzalez, Mr. Srebnick?
11:43:15   3              MR. SREBNICK:  I have previously entered an appearance
11:43:28   4   on behalf of Ms. Alfaro in case number 16-2780, it's a Judge
11:43:31   5   McAliley, Magistrate McAliley case.  Mr. Beaton made an
11:43:39   6   appearance in that same case on behalf of Mildrey Gonzalez.
11:43:41   7              MR. ATKINSON:  And Your Honor, just for the record,
11:43:43   8   this is a separate criminal matter with separate criminal
11:43:44   9   charges.
11:43:46  10              THE COURT:  From those -- from that complaint?
11:43:48  11              MR. ATKINSON:  Correct.  There was a complaint and this
11:43:52  12   was an indictment on a different case in controversy.
11:43:53  13              THE COURT:  All right.
11:43:55  14              MR. SREBNICK:  That's a subject of dispute today, so I
11:43:58  15   would like to address the court on that.
11:44:01  16              THE COURT:  Well, have Ms. Gonzalez and Ms. Alfaro
11:44:04  17   appeared on the Judge McAliley case?
11:44:07  18              MR. SREBNICK:  Yes, we had an initial appearance on
11:44:08  19   June 6th.
11:44:08  20              THE COURT:  Okay.
11:44:13  21              MR. SREBNICK:  So if I could have a moment to give you
11:44:19  22   a quick run-down of the procedural history because I think it's
11:44:22  23   important?  Could I have you just stand one step over --
11:44:24  24              THE COURT:  Well, I have it here from pretrial services
11:44:31  25   that a certain bond was set in the Judge McAliley case.
```

```
11:44:31   1              MR. SREBNICK:  That is correct.
11:44:34   2              THE COURT:  All right.  So then what's your issue?  You
11:44:35   3   want the same bond in this case?
11:44:36   4              MR. SREBNICK:  That is correct.
11:44:38   5              THE COURT:  And the government, what's the government
11:44:39   6   saying?
11:44:42   7              MR. ATKINSON:  The government is seeking pretrial
11:44:52   8   detention, Your Honor, and seeking three days to prepare under
11:44:55   9   §3142(f)(2).
11:44:58  10              THE COURT:  If they want pretrial detention, they have
11:45:02  11   a right to have that hearing, Mr. Srebnick.
11:45:04  12              MR. SREBNICK:  I don't agree because there's already
11:45:09  13   been an initial appearance.  And if I could just have two
11:45:14  14   minutes to outline the procedural history of this case.
11:45:16  15              In February of this year, the government executed
11:45:22  16   search warrants at a medical facility and no arrests were made
11:45:28  17   at that time.  The government claims that those medical
11:45:29  18   facilities are either owned by or operated by the two defendants
11:45:32  19   before you.  That was February of this year.
11:45:35  20              Some time in May of this year, I had communications
11:45:41  21   with Mr. Atkinson, who represents the government, advising him
11:45:45  22   that I represented the two defendants that stand before you.
11:45:48  23   The two defendants, at that time, were in the Dominican Republic
11:45:54  24   and I advised Mr. Atkinson that the two defendants intended to
11:45:56  25   travel into the United States the weekend of June 4th to address
```

```
11:46:00   1    the investigation that was ongoing for those medical facilities.
11:46:04   2         On June 4th, the two defendants traveled into the
11:46:08   3    United States through the airport, the government was aware that
11:46:11   4    they were coming.  At the airport, they were detained and the
11:46:16   5    government seized cash that was in their possession and charged
11:46:31   6    them with, through a complaint, of transporting money into the
11:46:35   7    United States without declaring it, smuggling cash, whatever the
11:46:38   8    allegation was.  The government maintains that that money is the
11:46:45   9    proceeds of the Medicare investigation that began back in
11:47:14  10    February.
11:47:18  11         On June 6th, the two defendants appeared in court with
11:47:23  12    respect to the transportation of what the government claims are
11:47:34  13    the Medicare proceeds.  On June 6th, we had a hearing before
11:47:38  14    Judge McAliley.  At that time, the US Attorney's Office took the
11:47:44  15    position that a bond could be set that would ensure the
11:47:49  16    appearance of both defendants in court.  On June 6th, a bond was
11:48:06  17    set by Magistrate Judge McAliley.  It included the condition of
11:48:08  18    electronic monitoring.  Both defendants were released that day
11:48:13  19    on June 6th, and both defendants have been under electronic
11:48:16  20    monitoring since that time without violating any of the
11:48:19  21    conditions of bond.  Other financial conditions were also
11:48:22  22    imposed, those were met as well.
11:48:25  23         On June 9th, three days after they were released from
11:48:31  24    custody, I met with the US Attorney's Office together with the
11:48:32  25    defendants to determine what was the nature of the ongoing
```

```
11:48:41   1        Medicare investigation.  The government notified us of what
11:48:44   2        their investigation involved, and told these two defendants that
11:48:46   3        they would be indicted for Medicare fraud.  So no later than
11:48:50   4        June 9th, these two defendants and myself and Mr. Beaton were
11:48:54   5        told these two defendants would be indicted for Medicare fraud.
11:49:39   6                On June 14th, according to the sealed indictment, a
11:49:43   7        grand jury returned the indictment that the government promised.
11:49:46   8                Yesterday, the government notified me that these two
11:49:50   9        defendants needed to appear in court today to answer to that
11:49:51  10        superseding indictment.
11:49:55  11                This morning at 6:30, I was notified that today would
11:50:00  12        be the day.  I called the two defendants.  Spoke to the
11:50:05  13        prosecutor.  The two defendants voluntarily traveled to the FBI
11:50:08  14        headquarters where they were told they needed to surrender
11:50:09  15        themselves, which they did.
11:50:11  16                Now I'm being told that the United States government is
11:50:16  17        seeking pretrial detention.  I believe that the statute does not
11:50:19  18        authorize pretrial detention at this juncture because they've
11:50:22  19        already had their initial appearance on the arrest related to
11:50:26  20        the transportation of the proceeds of the so-called Medicare
11:50:32  21        fraud.  The indictment is merely an expansion of the accusation.
11:50:36  22        It now includes the underlying activity that, according to the
11:50:39  23        government, generated the proceeds that the government claims
11:50:43  24        the defendants were transporting on June 4th into the United
11:50:43  25        States.
```

```
11:50:46   1              THE COURT:  All right.  Mr. Srebnick, you are trying to
11:50:49   2   have a detention hearing or some kind of hearing at this point
11:50:53   3   in time, that is not what we're doing.  What you have told me
11:50:57   4   does not satisfy me that there is no entitlement by the
11:51:00   5   government to seek detention at this time.  You can make those
11:51:04   6   arguments at the detention hearing.  But as it stands right now,
11:51:08   7   the government is seeking detention, they have the right to the
11:51:12   8   detention hearing, and I will schedule that for the three days,
11:51:14   9   I think that's what the government wants?
11:51:14  10              MR. ATKINSON:  Yes, Your Honor.
11:51:17  11              THE COURT:  All right.  So then that would be on
11:51:19  12   Monday, June 27th.
11:51:20  13              MR. SREBNICK:  I'd like to finish my presentation
11:51:24  14   because I will be objecting and seeking relief from the District
11:51:29  15   Judge, if I could just have one more minute to make my record
11:51:29  16   please.
11:51:31  17              THE COURT:  Go ahead.
11:51:40  18              MR. SREBNICK:  Under United States versus Holloway, 781
11:51:44  19   F.2d 124, Eighth Circuit, 1986, and under United States versus
11:51:54  20   Travis, 2015 Westlaw 4459,879 Western District of New York 2015,
11:51:58  21   I believe the government gets one opportunity to seek pretrial
11:52:01  22   detention and that occurred on June 4th of this year.  They
11:52:06  23   cannot seek pretrial detention in front of a new Magistrate
11:52:12  24   having had a hearing and an opportunity and having not sought
11:52:21  25   and indeed having agreed to a bond on June 4th.
```

```
11:52:26   1              THE COURT:  All right.  On different charges.  A
11:52:30   2   complaint charging carrying undeclared cash and now we have an
11:52:38   3   indictment charging, what is it?  Medicare fraud.  Right?
11:52:40   4              MR. SREBNICK:  According to the government, it is the
11:52:42   5   Medicare fraud that generated the proceeds that were the subject
11:52:43   6   of the complaint.
11:52:45   7              MR. ATKINSON:  Your Honor, just so the record's clear,
11:52:48   8   the government has not taken any official position as to the
11:52:57   9   proceeds as to whether or not they were healthcare fraud
11:53:05  10   proceeds.  They were seized as proceeds of smuggling.
11:53:08  11              THE COURT:  That's my point, Mr. Srebnick.  You are
11:53:11  12   welcome to make all of those arguments at the detention hearing
11:53:14  13   and the Magistrate Judge who will be hearing that matter next
11:53:18  14   week, I am sure, will give you ample opportunity to be heard.
11:53:24  15   But at this point in time, I do not find that you have made a
11:53:29  16   sufficient case for your point, which is that the government
11:53:30  17   cannot seek pretrial detention in this indictment.
11:53:32  18              MR. SREBNICK:  I had a second point which is they
11:53:35  19   should not be entitled to a three day continuance at this time,
11:53:39  20   they should be prepared to proceed today.
11:53:41  21              THE COURT:  Well, I'm not going to have the detention
11:53:45  22   hearing today.  I can do it on Friday if you want me to do it,
11:53:48  23   I'll be happy to accommodate you.  I'll be the same Magistrate
11:53:50  24   Judge that hears you, so you have that benefit.
11:53:52  25              MR. ATKINSON:  Your Honor, I have to be in front of
```

```
11:53:59   1    Judge Hunt in Fort Lauderdale 11 a.m.
11:54:02   2             Moreover, Your Honor, the government is seeking -- is
11:54:05   3    asking for three days in order to prepare.  There are many facts
11:54:12   4    that are continuing to emerge as a result of Ms. Alfaro and Ms.
11:54:20   5    Gonzalez's misconduct in the last three weeks.
11:54:23   6             THE COURT:  All right.  Well, I am going to at least
11:54:28   7    grant the benefit of having the detention hearing on Friday.
11:54:36   8    I'm sure you can find somebody to cover it if you cannot.  So we
11:54:40   9    will have the detention hearing on Friday at 10 a.m.
11:54:40  10             MR. ATKINSON:  Yes, Your Honor.
11:54:55  11             THE COURT:  And Mr. Srebnick, you will need to address
11:55:01  12    the matter of the Garcia issue prior to the detention hearing.
11:55:04  13    I will not go forward with it without addressing the Garcia
11:55:05  14    issue.
11:55:07  15             MR. SREBNICK:  When would you like to do that, Judge?
11:55:08  16    We can do that right now.
11:55:10  17             THE COURT:  No.  You see what I have here?  I'm not
11:55:11  18    going to do that right now.
11:55:17  19             MR. SREBNICK:  When would you like to do it?
11:55:19  20             THE COURT:  We'll do it at the detention hearing.
11:55:20  21    Prior to the detention hearing.
11:55:22  22             MR. SREBNICK:  At the detention hearing.
11:55:23  23             THE COURT:  Ahead of the detention hearing.
11:55:24  24             MR. SREBNICK:  Understood, Judge.
11:55:29  25             And finally, I do believe that delaying this proceeding
```

```
11:55:33   1    further does violate the spirit of the statute and due process
11:55:34   2    under the 5th Amendment.
11:55:37   3              THE COURT:  All right, sir.  You have made your record
11:55:41   4    for my benefit and that of Judge Martinez, who is the presiding
11:55:44   5    judge in this case.  Thank you very much.
11:55:46   6              Now, you said that you're temporary?
11:55:47   7              MR. SREBNICK:  That is correct.
11:55:51   8              THE COURT:  All right.  We will also set report re:
11:55:54   9    counsel and arraignment on Friday.  I know that will not go
11:55:57  10    forward, but we will set it at that time and then you can ask
11:56:00  11    for a continuance of that at that time.
11:56:03  12              Thank you very much.
11:56:03  13              (PROCEEDINGS CONCLUDED)
                                      * * * * *
11:56:03  14
                                    C E R T I F I C A T E
11:56:03  15    I certify that the foregoing is a correct transcript from the
                record of proceedings in the above-entitled matter.
11:56:03  16
                6-23-2016              /s/ Dawn M. Savino
11:56:03  17    Date                   DAWN M. SAVINO, RPR
11:56:03  18
11:56:03  19
          20
          21
          22
          23
          24
          25
```