AO 442 (Rev. 01/09) Arrest Warrant

HHS

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

RECEIVED
JUN 15 2016
S/FL WARRANTS

United States of America
v.
Mildrey De La Caridad Gonzalez, et al.
Defendants.

Case No. **16-20461 CR-MARTINEZ /GOODMAN**

~~SEALED~~

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **MILDREY DE LA CARIDAD GONZALEZ**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of Title 18, United States Code, Section 1349; Health Care Fraud, in violation of Title 18, United States Code, Section 1347; Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks, in violation of Title 18, United States Code, Section 371; Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h); and Money Laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Date: 6/14/16

FILED by MM D.C.
JUL 06 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

*Issuing officer's signature*

City and state: Miami, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on (date) **6/15/2016**, and the person was arrested on (date) **6/22/2016**
at (city and state) **Miami, FL By HHS**.

Date: 06/22/2016

By: Roberto Rodriguez, SDUSM, SD/FL
*Arresting officer's signature*

Amos Rojas Jr., U.S. Marshal SD/FL
*Printed name and title*

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: REHAN AHMAD
Deputy Clerk
Date: Jun 15, 2016