UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**SENTENCING MINUTES FOR**
**HONORABLE JOSE E. MARTINEZ**

Deft: Mildrey De La Caridad Gonzalez    Case No: 16-20461-CR-MARTINEZ

Clerk: Wanda Holston    Date: June 14, 2017

Reporter: Glenda Powers    USPO: Joseph Garcia; Yolonda Rawl

AUSA: Lisa Miller    Counsel: Marc Seitles

Interpreter: Spanish

## JUDGEMENT AND SENTENCE

| Imprisonment: | Months | Count(s) |
|---|---|---|
| | 135 | |

The term consists of terms of 120 months as to Count One and 15 months as to Count Two, to be served **consecutively** to each other and to the sentence imposed in docket 16-20507-CR-MOORE.

| **Supervised Release**/Probation | Year(s) | Count(s) |
|---|---|---|
| | 3 | |

Dismiss remaining counts of the Superseding Indictment as to this defendant upon the motion of the government.

**Special Conditions:** Substance Abuse Treatment; Permissible Search; Self-Employment Restriction; Health Care Business Restriction; Financial Disclosure Requirement; No New Debt Restriction; Unpaid Restitution, Fines, or Special Assessment.

Court advise defendant of right to appeal.

Assessment: $200/Restitution of $22,906,267.41 joint and several with co-defendants and with co-conspirators-see judgment for details/Forfeiture.

## CUSTODY

\_\_\_\_ Remanded to the Custody of the U.S. Marshal Service.
\_\_\_\_ Release on Bond pending appeal.
\_\_\_\_ Self-Surrender to the U.S. Marshal Service in courtroom on 6/12/2017.

Commitment Recommendation: Defendant shall be assigned to FPC Alderson in West Virginia, shall be screened for drug/alcohol program; screen for health problems to ensure she's sent to a medical facility to be treated before designated.