UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20461-CR-MARTINEZ(s)

UNITED STATES OF AMERICA,

v.

MILDREY DE LA CARIDAD GONZALEZ and
MILKA YARLIN ALFARO,

        Defendants.
_____/

## ORDER RELEASING CERTAIN FUNDS

THIS CAUSE, is before the Court upon motion of the United States for an Order releasing certain funds from the Court's previously-entered Preliminary Order of Forfeiture. The Court having considered the motion and the record in this matter finds that:

1. On or about March 8, 2017, this Court entered a Preliminary Order of Forfeiture and Money Judgment as to defendants [DE 210], imposing not only a money judgment but condemning and forfeiting various properties to the United States of America including the contents of Wells Fargo Bank account ending 0389 and Wells Fargo bank account ending 6743 seized on or about April 22, 2016. The funds seized from the accounts, respectively, were $162,241.01 and $1,614,968.46.

2. Notice of the criminal forfeiture was posted on an official government internet site for a period of thirty (30) days. In addition to the published notice, the United States sent direct written notice to certain persons, who might have a claim to some of the assets, including Miriam Gonzalez.

3. The published notice and the written notices advised potential claimants of the right

to petition the court for a hearing to adjudicate the validity of the claimed interest, if any, in the forfeited property.

4. Under the provisions of Title 21, United States Code, Section 853(n)(2), a person claiming an interest in the property at issue must file a petition with the Court, within thirty (30) days of the last date of publication of notice or receipt of an actual notice, whichever is earlier.

5. All persons known to the United States to have a legal interest in the property ordered forfeited have been notified in accordance with Title 21, United States Code, Section 853(n)(1).

6. The time period for filing a petition has expired, and, as of the date of this motion, no persons or entities have submitted any petitions with respect to the Wells Fargo account contents identified in paragraph 1, above, other than Miriam Gonzalez.

7. A claim was submitted to the United States on behalf of Miriam Gonzalez, who claimed $63,600 of the funds seized from the accounts identified in paragraph 1, above [DE 233-1].

8. Pursuant to the agreement of the United States and counsel for Miriam Gonzalez, Ms. Gonzalez has a superior right, title and interest in the $63,600 she claimed within the meaning of 21 U.S.C. § 853(n)(6)(A) and the funds will be returned to her, through the Trust Account of her counsel, less any debt owed to the United States, any agency of the United States, or any debt which the United States is authorized to collect (Automated Clearinghouse (ACH) process).

**ACCORDINGLY**, pursuant to Title 18, United States Code, Section 982(a)(7) and Title 21, United States Code, Section 853(n), and Fed. R. Crim. P. 32.2(c)(2), and for good cause shown, it is hereby:

**ORDERED** that the $63,600 in funds from Wells Fargo 0389 are hereby released to counsel for Claimant, Miriam Gonzalez, subject to the application of ACH procedures, each party to bear their own fees and costs.

**DONE and ORDERED** in Chambers, at Miami, Florida this 18 day of July, 2017.

                                                                          _____
                                                                          JOSE E. MARTINEZ
                                                                          UNITED STATES DISTRICT JUDGE