UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-CR-20461-MARTINEZ

UNITED STATES OF AMERICA,

v.

MILDREY GONZALEZ and
MILKA ALFARO,

    Defendants.
_____/

## GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION

The United States moves to reduce the sentences of Defendants Mildrey Gonzalez and Milka Alfaro pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1. On July 19, 2016, Gonzalez and Alfaro were charged via superseding indictment with one count of conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349, eight counts of health care fraud, in violation of 18 U.S.C. § 1347, one count of conspiracy to defraud the United States and pay and receive health care kickbacks, in violation of 18 U.S.C. § 371, one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and multiple counts of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

2. On March 2, 2017, Gonzalez pleaded guilty to one count of conspiracy to commit health care fraud and one count of health care fraud, and Alfaro pleaded guilty to one count of conspiracy to commit health care fraud and wire fraud.

3. On June 14, 2017, Gonzalez was sentenced to 135 months' imprisonment, *consecutive* to her 37 month sentence for bulk cash smuggling (16-CR-20507-MOORE), and

Alfaro was sentenced to 151 months' imprisonment, *consecutive* to her 37 month sentence for bulk cash smuggling (16-CR-20507-MOORE).

4. On June 14, 2017, the defendants were ordered to pay restitution in the amount of $22,906,267.41, jointly and severally with their co-conspirators.

5. The defendants have provided the government with substantial assistance in its investigation and prosecution of other individuals. As a result of this substantial assistance, the government recommends a twenty (20) percent reduction in their sentences before this Court (16-CR-20461) to run *concurrent* to their sentences before Judge Moore (16-CR-20507). Such reductions would lead to a total sentence for Gonzalez of 108 months, and a total sentence for Alfaro of 121 months.

6. Pursuant to Local Rule 88.9, the United States conferred with defense counsel Marc Seitles, Esq., who joins the instant Motion.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    ACTING UNITED STATES ATTORNEY

    SANDRA MOSER
    ACTING CHIEF, FRAUD SECTION

By:     */s/ Adam G. Yoffie*
    Adam G. Yoffie
    Florida Special Bar No. A5502282
    Trial Attorney
    Criminal Division, Fraud Section
    1400 New York Ave., NW
    Washington, DC 20005
    Tel: (202) 768-3130
    Email: adam.yoffie@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on October 13, 2017, I served and filed the forgoing document with the Clerk of the Court via CM/ECF.

By:     */s/ Adam G. Yoffie*
        Adam G. Yoffie
        Florida Special Bar No. A5502282
        Trial Attorney
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 768-3130
        Email: adam.yoffie@usdoj.gov