IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-CR-20461-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

MILDREY GONZALEZ and
MILKA YARLIN ALFARO,

        Defendant.
_____/

**RESPONSE TO GOVERNMENT'S MOTION FOR RULE 35**

    Defendants Mildrey Gonzalez and Milka Yarlin Alfaro, by and through undersigned counsel, file the following Response to the Government's Motion for Rule 35, and in support thereof state:

    Ms. Gonzalez and Ms. Alfaro *join* in the Government's recommended sentence reduction for their substantial assistance and a total sentence for Ms. Gonzale of 108 months to run concurrent with 16-CR-20461-Moore, and a total sentence of 121 months to run concurrent with 16-CR-20461-Moore.

    The parties respectfully request that the sentences run concurrently. Section 5G1.3(b) states that where a defendant is serving an undischarged term of imprisonment for an offense "that is relevant conduct to the instant offense," then "the sentence for the instant offense shall be imposed to run concurrently to the remainder of the undischarged term of imprisonment." U.S.S.G. § 5G1.3(b)(2) (emphasis added). The Eleventh Circuit has concluded that "whenever a defendant is subject to an undischarged sentence imposed for criminal activity that section 1B1.3 treats as relevant conduct, section 5G1.3(b) directs the court to impose a sentence that runs concurrently to

the undischarged sentence." *United States v. Fuentes*, 107 F.3d 1515, 1521 (11th Cir. 1997).

Here, the government and the Court agreed at Sentencing that the bulk cash smuggling was "relevant conduct" to the fraud for which Ms. Alfaro and Ms. Gonzalez were being sentenced in this case. Because the undischarged term of imprisonment resulted from bulk cash smuggling, which is relevant conduct to the instant offense of conviction, under § 5G1.3, "the sentence for the instant offense shall be imposed to run concurrently to the remainder of the undischarged term of imprisonment." U.S.S.G. § 5G1.3(b)(2); *see also Fuentes*, 107 F.3d at 1526.

Respectfully submitted,

/s/ Marc David Seitles

_____

Marc David Seitles
Fla. Bar No. 0178284

Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street, Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October17, 2017 undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to: Department of Justice Trial Attorney Adam Yoffie.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq.