

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 16-20461-CR-MARTINEZ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Mildrey De La Caridad Gonzalez, et al. | Order/FCB Cashier Check |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
i/a/o - $813,219.08 in U.S. currency

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o USMS - Seized Assets Unit

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison W. Lehr
United States Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132

FILED by ___ D.C.
DEC 06 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please process the attached cashier check which represents the proceeds of the r/p at 4779 Collins Avenue, Unit 3704, Miami Beach, FL 33140 per the Order approving Stipulation for sale of property. CATS No. 16-FBI-004874

Signature of Attorney or other Originator requesting service on behalf of:
Alison W. Lehr
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (305) 961-9176
DATE: 11·20·17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 4 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk HP | Date 11/21/17 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/21/17
Time: 5:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | | |

REMARKS:
Fun
Check received and applied to case.

2017 NOV 20 PM 2:48
RECEIVED
U.S. Marshals Service
S/FL Asset Forfeiture

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)