**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-CR-20461-MARTINEZ**

**UNITED STATES OF AMERICA**

**v.**

**MILDREY GONZALEZ,**

        **Defendant.**

_____/

**GOVERNMENT'S SECOND MOTION FOR A RULE 35 REDUCTION**

The United States of America moves for a second time to reduce the sentence of Defendant Mildrey Gonzalez pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1. On July 19, 2016, Gonzalez and her daughter Milka Alfaro were charged via superseding indictment with one count of conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349, eight counts of health care fraud, in violation of 18 U.S.C. § 1347, one count of conspiracy to defraud the United States and pay and receive health care kickbacks, in violation of 18 U.S.C. § 371, one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and multiple counts of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

2. On March 2, 2017, Gonzalez pleaded guilty to one count of conspiracy to commit health care fraud and one count of health care fraud.

3. On June 14, 2017, Gonzalez was sentenced to 135 months' imprisonment, *consecutive* to her 37 month sentence for bulk cash smuggling (16-CR-20507-MOORE), and ordered to pay restitution in the amount of $22,906,267.41, jointly and severally with her co-conspirators.

4. On October 25, 2017, the Court granted the government's unopposed motion to reduce

sentence under Rule 35 by twenty (20) percent and amended Gonzalez's judgement to 108 months' imprisonment as to Counts One and Two to be served *concurrently* to each other *and* to the sentence imposed in docket 16-CR-20507-MOORE.

5. The defendant has since provided the government with additional substantial assistance in its investigation and prosecution of other individuals. As a result of this substantial assistance, the government recommends a forty (40) percent reduction in her sentence resulting in a sentence of 65 months' imprisonment as to Counts One and Two to be served concurrently to each other and to the sentence imposed in docket 16-CR-20507-MOORE.

6. The undersigned counsel has conferred with counsel for the defendant, who confirmed that he does not oppose the filing of this motion but would seek a greater reduction.

                                                Respectfully submitted,

                                                ROBERT ZINK
                                                ACTING CHIEF, FRAUD SECTION

                                                ARIANA FAJARDO ORSHAN
                                                UNITED STATES ATTORNEY

By:           */s/ Adam Yoffie*
                Adam G. Yoffie
                Florida Special Bar No. A5502282
                Trial Attorney
                United States Department of Justice
                Criminal Division, Fraud Section
                1400 New York Ave., NW
                Washington, DC 20005
                Tel: (202) 768-3130
                Email: adam.yoffie@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Adam G. Yoffie, hereby certify that on May 24, 2019, the foregoing was served on all attorneys of record in the above-captioned case via the CM/ECF electronic filing system.

By: <u>*/s/ Adam Yoffie*</u>
Adam G. Yoffie
Florida Special Bar No. A5502282
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 768-3130
Email: adam.yoffie@usdoj.gov