UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20461-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MILDREY DE LA CARIDAD GONZALEZ,
Reg. No. 09301-104

        Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S SECOND MOTION FOR A RULE 35 REDUCTION

**THIS CAUSE** came before the Court upon the Government's Second Motion for a Rule 35 Reduction [ECF No. 290] in order to reflect her substantial assistance to the government. The Court held a hearing on July 3, 2019, and based on the representation made, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Second Motion for a Rule 35 Reduction [ECF No. 290] is **GRANTED.**

1. **Mildrey De La Caridad Gonzalez** shall be committed to the Bureau of Prisons for a total term of **Fifty Eight (58) months** as to Counts One and Two to be served concurrently to each other and to the sentence imposed in docket 16-20507-CR-MOORE.

2. All other terms and conditions of the Amended Judgment in a Criminal case dated October 25, 2017 shall remain in full force and effect.

**DONE AND ORDERED** in Chambers, Miami, Florida this __3__ day of July, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record
U.S. Marshal Services
U.S. Probation Office